UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEIZED PROPERTY RECOVERY
CORPORATION
3520 Crystal View Court
Miami, Florida 33133,

          Plaintiff,

v.                                                              Civil Action No.

U. S. DEPARTMENT OF                        COMPLAINT FOR INJUNCTIVE RELIEF
STATE
State Annex-2
515 22nd Street NW
Washington, D. C. 20522 ,

          **Defendant.**
_____/

    1.    This is an action brought under the Freedom of Information Act ["FOIA"], 5 U.S.C. §552, as amended, to enjoin defendant from withholding from public disclosure certain records of the United States Department of State ["State"] within its possession and control.

    2.    This Court has jurisdiction over this action pursuant to 5 U.S.C. §552(a)(4)(B) and 28 U.S.C. §1331..

    3.    Plaintiff, Seized Property Recovery Corporation ["SPRC"], is a Florida corporation.

    4.    State is an agency of the United States Executive Branch.

    5.    SPRC requested State to provide copies of DSP61s submitted by foreign

governments to import military equipment and supplies into the United States for training and related activities electronically on July 11, 2005.

6. SPRC has not received the requested records or an acknowledgment of the request.

7. By letter of August 1, 2005 SPRC filed an appeal under FOIA with State for its failure to timely respond to the FOIA request.

8. By letter of August 18, 2005 to State, SPRC reminded the agency that they had not responded to the FOIA appeal of August 1, 2005.

9. By letter of August 19, 2005 State responded to SPRC that it had received the FOIA appeal and assigned case number 200503132.

10. As of the filing of this complaint, SPRC has not received the requested records from State.

11. SPRC has exhausted its administrative remedies pursuant to 5 U.S.C. §552(a)(6)(A)(ii).

WHEREFORE, SPRC respectfully requests the Court:

1. To take jurisdiction of this cause of action;

2. To order State to immediately release the requested records;

3. To grant such other and further relief as the Court may deem proper and just.

Respectfully submitted,

*[signature]*

Peter S. Herrick
Attorney for SPRC
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Email. pherrick@bellsouth.net
D.C. Bar No. 137935