**FILED**

OCT - 3 2005

10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

SEIZED PROPERTY RECOVERY CORPORATION  )
3520 Crystal View Court  )
Miami, FL 33133  )
  )
                Plaintiff  )  Civil Action
   VS  )
  )
U.S. Department of State  )
State Annex-2  )
515 22nd Street NW  )
Washington, D.C. 20522  )
               Defendant  )

CASE NUMBER  1:05CV01962

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 10/3/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Seized Property Recovery Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __None__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

__137935__
BAR IDENTIFICATION NO.

Peter S. Herrick
Print Name

3520 Crystal View Court
Address

Miami, FL  33133
City    State    Zip Code

305-858-2332
Phone Number