AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SEIZED PROPERTY RECOVERY CORPORATION
3520 Crystal View Court
Miami, FL 33133

Plaintiff.

V.

U.S. DEPARTMENT OF STATE
State Annex-2
515 22nd Street NW
Washington, D.C. 20522

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV01962

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 10/__/2005

TO: (Name and address of Defendant)

~~[redacted]~~
U.S. Department of State
State Annex-2
515 22nd Street NW
Washington, D.C. 20522

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter S. Herrick
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT - 3 2005
CLERK                                          DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | October 19, 2005 |
| NAME OF SERVER *(PRINT)* Peter S. Herrick | TITLE | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Postal Service Certified Mail Return Receipt

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | NA | SERVICES | $4.88 | TOTAL $4.88 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/04/2005
                Date

*Signature of Server*

Peter S. Herrick
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7004 2510 0003 9646 2803
Status: **Delivered**

Your item was delivered at 5:46 am on October 19, 2005 in WASHINGTON, DC 20520.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

**Notification Options**

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services  jobs  National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▪ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>▪ Print your name and address on the reverse so that we can return the card to you.<br>▪ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   ☐ Agent   ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Department of State<br>State Annex - 2<br>515 22nd Street, NW<br>Washington, DC  20522 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0003 9646 2803 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540