# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORP.**  )  <br>  ) <br> **Plaintiff,**  ) <br>  ) <br> v.  ) <br>  ) <br> **DEPARTMENT OF STATE,**  ) <br>  ) <br>  ) <br> **Defendant.**  ) <br>  ) | Civil Action No. 05-1962 (RCL) |

## ANSWER TO COMPLAINT

Defendant, by and through, the United States Attorney for the District of Columbia, hereby answers the complaint as follows:

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The complaint is moot, because defendant informed counsel for plaintiff by letter dated November 16, 2005 that it had completed processing of counsel's request.

### THIRD DEFENSE

Plaintiff, Seized Property Recovery Corporation, has not filed any FOIA requests with the Department of State.

### FOURTH DEFENSE

Plaintiff has failed to exhaust its administrative remedies.

In response to the specific allegations of the complaint, Defendant states as follows:

1. Defendant admits that plaintiff purports to file suit under the Freedom of Information Act, 5 U.S.C. 552 (as amended), and denies the remainder of paragraph 1.

2. Paragraph 2 states a conclusion of law to which no response is required. To the extent that a response is required, Defendant denies every allegation in Paragraph 2.

3. Defendant is without knowledge sufficient to form a belief as to the accuracy of this statement.

4. Defendant Admits the allegation in Paragraph 4.

5. Admit that counsel for plaintiff filed a FOIA request for copies of certain form DSP-61s on July 11, 2005, and deny the remainder of paragraph 5.

6. Admit that plaintiff has not received the requested records, and deny the remainder of paragraph 6.

7. Admit that counsel for plaintiff addressed a letter to defendant dated August 1, 2005 and captioned "Freedom of Information Act Appeal," and deny the remainder of paragraph 7.

8. Admit that counsel for plaintiff addressed a letter to defendant dated August 18, 2005 and captioned "Freedom of Information Act Appeal," and deny the remainder of paragraph 8.

9. Defendant admits that defendant addressed a letter to counsel for plaintiff dated August 19, 2005, defendant further admits that the FOIA request of counsel for plaintiff has been assigned number 200503132 by defendant, and deny the remainder of paragraph 9.

10. Defendant admits every allegation in Paragraph.

11. Defendant denies every allegation in Paragraph.

**PRAYER FOR RELIEF**

The remainder of the complaint is a demand for judgment and prayer for relief in the Plaintiff's complaint, which requires no answer. To the extent that an answer is deemed required, Defendant denies that the Plaintiff is entitled to the relief requested or any relief whatsoever.

The Defendant denies each and every allegation set forth in Plaintiff's complaint not specifically admitted herein.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C. 20530
(202) 514-7238;(202) 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**