UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORP.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1962 (RCL) |
| ) | |
| **DEPARTMENT OF STATE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

If defendant expects to file a dispositive motion herein, it shall do so within 10 days of this date.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, December 14, 2005.