UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY CORP. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF STATE, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 05-1962 (RCL) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
TO FILE ITS MOTION**

Defendant moves, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time to file its dispositive motion in this action. Plaintiff's counsel has stated that he does not oppose this motion.

Good cause exists to grant this motion. On December 14, 2005 this Court ordered that defendant file its dispositive motion within 10 days . Defendant intends to work diligently to file its dispositive motion as soon as possible however, after consultation with agency counsel, it does not appear that defendant can produce a thorough dispositive motion within the 10 days contemplated by the Court. Because of budget constraints, defendant's FOIA office (A/RPS/IPS) has been forced to furlough the majority of its staff of FOIA reviewers (who are retired foreign service officers) for the last two weeks of the calendar year. Also, due to pre-arranged holiday schedules, the two members within the FOIA office who have  significant responsibility for compiling declarations in support of the dispositive motions will be out for all or most of the next two weeks. These unanticipated staffing shortages are in addition to the general staffing shortages caused by the holiday season and by personnel who must "use or lose" their

leave before the end of the calendar year. An extension to and including January 13, 2006 will allow defendant to compose the requested dispositive motion. Moreover, since no other schedules have been set by this Court this extension should not create any undue delay.

Accordingly, defendant requests an extension of time to and including January 13, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C. 20530
(202) 514-7238;(202) 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov