UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORP.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1962 (RCL) |
| ) | |
| **DEPARTMENT OF STATE,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the defendant's Unopposed Motion [11] for an Enlargement of Time to file dispositive motions in this case, and the entire record in this case, it is hereby

ORDERED that the defendant's Unopposed Motion [11] for an Enlargement of Time to file dispositive motions is GRANTED; it is further

ORDERED that the defendant shall file its dispositive motion on or before January 13, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 16, 2005.