UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORP.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 05-CIV-1962 (RCL) |
| ) | |
| **U.S. DEPARTMENT OF STATE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

Having considered the Motion for Summary Judgment filed by defendant the United States Department of Justice and any responses thereto,

It is hereby ORDERED that Defendant's Motion for Summary Judgment is GRANTED, and

It is further ORDERED that this case is dismissed with prejudice.

Dated: _____          _____

United States District Judge