

# FOIA Request

| | |
|---|---|
| From: | FOIA Request |
| Sent: | Monday, July 11, 2005 12:30 PM |
| Subject: | FOIA Request Letter B1246 |

Thank you for filing your FOIA request online on 7/11/2005. The process for completing your request will now begin. Here is a review of your request.

The search will be restricted to the State Archiving System.

I am willing to pay $500.00 for my request.

I am affiliated with a private corporation and am seeking information for use in the company's business.

The time period of my request is from 7/1/2003 to the present.

The records I request can be described as follows:

We request copies of DSP61s submitted by foreign governments to import military equipment and supplies into the United States for training and related activities.

Peter S. Herrick, P.A.   Attorney at Law
pherrick@bellsouth.net
3520 Crystal View Court
Miami
Florida
33133
3058582332
3058586347
Reference Number: B1246

GRAFELD DECLARATION
Civil Action No. 1:05cv1962
Exhibit 1