Ex 2

# SEIZED PROPERTY RECOVERY CORPORATION
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-428-0855

August 1, 2005

TELECOPY ONLY (202-261-8579)

FREEDOM OF INFORMATION ACT APPEAL

Margaret P. Grafeld
Information & Privacy Coordinator
Office of Information Resources Management Programs and Services
A/RPS/IPS, SA-2
Department of State
Washington DC 20522

Dear Ms. Grafeld:

Enclosed is a copy of a Freedom of Information Act request I filed electronically with your office on July 11, 2005. To date I have not received an acknowledgment of this request or the requested records.

Pursuant to the Freedom of Information Act, 5 U.S.C. §552, *et.seq.* this is an appeal of your agency's failure to acknowledge receipt of the FOIA request and of not providing the requested records. We expect the records to be provided within the time prescribed by law.

Sincerely,

Peter S. Herrick

Enclosure

FOIA LetterConfirmation                                                                  http://foia.state.gov/foiareq/finalletter.asp

Thank you. Your request has been submitted.

This is a request filed under the Freedom of Information Act.                    Return to FOIA Request Generator

Request Date: 7/11/2005                                                          Return to FOIA Home Page
Request Reference Number: B1246

The time period of my request is from 7/1/2003 to the present.

Description of request:
**We request copies of DSP61s submitted by foreign governments to import military equipment and supplies into the United States for training and related activities.**

☐ For faster processing please restrict the parameters of this FOIA request to the State
☑ Archiving System (SAS)--over 25 million electronic records consisting of telegrams from mid-1973 to present.

I am willing to pay fees for this request up to a maximum of $500.00

In order to help to determine my status to assess fees, you should know that I am

○ a representative of the news media affiliated with [          ] and this request is made as part of a news gathering effort and not for commercial use.(Additional documentation or comments will be required. See

○ affiliated with an educational or noncommercial scientific institution, and this request is made for a scholarly or scientific purpose and not for commercial use.(Additional documentation will be required. See

○ an individual seeking information for personal use and not for commercial use.

◉ affiliated with a private corporation and am seeking information for use in the company's business.

Additional Comments

Thank you for your consideration of my request. Sincerely,
Peter S. Herrick, P.A. Attorney at Law.

E-mail Address:
pherrick@bellsouth.net

Street Address:
3520 Crystal View Court
Miami, Florida
33133

Telephone Number: 3058582332
Fax Number: 3058586347

Print

1 of 1                                                                                                           7/11/2005 12:30 PM

U.S. Dept. of State FOIA Electronic Reading Room - Making a FOI...    http://foia.state.gov/request.asp



- Bureau of Administration
- FOIA Home
- About Us
- About FOIA and Other Information Access Programs
- How to Make a FOIA Request
- Reference
- Regulations
- Forms
- Telephone Directory
- Key Officers List
- Post Reports
- Declassified / Released Document Collections
- Other Sites
- Site Search
- Disclaimers & Preferences Contact Webmaster

## Making a FOIA (Freedom of Information Act) Request

These guidelines will help the Department of State respond to your request.

- FOIA requests must be made in writing. There are no special forms needed for making a request.
- You can submit your request by mail, fax, or through our electronic FOIA Request Aid

Fax - (202)261-8579
Address - Margaret P. Grafeld, Information & Privacy Coordinator
Office of Information Resources Management Programs and Services,
A/RPS/IPS, SA-2
Department of State
Washington, D.C. 20522-6001
Re: Freedom of Information Act Request

- Write "Freedom of Information Act Request" on the envelope or on the subject line of your fax.
- Include a daytime telephone number in case we need to contact you.
- To learn about Department of State records, go to:
  - FAM (Foreign Affairs Manual)
  - Department of State Records
  - Government Information Locator Service (GILS)
  - Government Printing Office's Privacy Act Issuances, 1995 Compilation
- Describe the records you are seeking as clearly and precisely as you can. If your request is vague or too broad, we may ask you to be more specific, and this can delay the processing of your request (See 22CFR171.10(a))
- State your willingness to pay the applicable fees or provide a justification to support a fee waiver (See 22CFR171.15 and Fee Structure).
- For information about how the Department of State processes FOIA requests, refer to FAQs.
- To understand the scope of the law, refer to Text of the 1996 FOIA.
- To learn what types of records maintained by the Department of State may be exempted from disclosure under FOIA, go to 22 CFR 171, section 171.11.
- Your appeal rights are discussed in Appealing A FOIA Decision.

▲ Return to top of page

FIRSTGOV  This site is managed by the Bureau of Administration (A/RPS/IPS), U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
This site is best viewed at 800 x 600 screen resolution. Disclaimers

Exec: 0 ms.

peter s herrick

From: "LPA-WEB" <LPA-WEB@dsca.mil>
To: "'peter s herrick'" <pherrick@bellsouth.net>
Sent: Friday, July 08, 2005 11:30 AM
Subject: RE: (no subject)

Mr. Herrick,

Section 38 of the Arms Export Control Act (22 U.S.C. 2778) authorizes the President to control the export and IMPORT of defense articles and defense services. The statutory authority of the President to promulgate regulations in this regard was delegated to the Department of State by Executive Order 11958, as amended. This delegation is primarily administered by State Department's Directorate for Defense Trade Controls (DDTC). The International Traffic in Arms Regulation (ITAR) 22 CFR 120-130 is the primary regulation controlling the import and export of defense articles which come under DDTC's delegated authority.

Department of Homeland Security (DHS)'s Customs Bureau of Customs and Border Protection (CBP) implements the ITAR.

ITAR Sections 123.3 and 123.4 cover Temporary Import Licenses and Temporary Import License Exemptions respectively.

In addition, ITAR Section 126.6 contains one (1) section covering the entry of foreign military aircraft or naval vessels if no overhaul, repair or modification is to be performed.

Recommend you contact:

CBP, who is responsible for approving most, if not all imports and exports of foreign-owned defense articles and defense services.

DDTC if the question pertains to the interpretation of the ITAR provision(s) which might cover the temporary importation into the US of foreign military equipment for training purposes.

Thank you for your visit to the DSCA Web site. Please let us know if we can be of further assistance.

Defense Security Cooperation Agency
Legislative and Public Affairs Office
Phone: 703-601-3710


-----Original Message-----
From: peter s herrick [mailto:pherrick@bellsouth.net]
Sent: Wednesday, July 06, 2005 3:28 PM

To: LPA-WEB@dsca.mil
Subject: (no subject)

I need to find information on foreign military units who come to the US for training, bringing their own equipment and passing it through Customs under HTSUS subheading 9809.00.30. For example the Japanese Ground Self-Defense Forces brough ground support equipment and dummy missiles to the US for training. Peter Herrick