Ex 3

# SEIZED PROPERTY RECOVERY CORPORATION
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-428-0855

August 18, 2005

TELECOPY ONLY (202-261-8579)

FREEDOM OF INFORMATION ACT APPEAL

Margaret P. Grafeld
Information & Privacy Coordinator
Office of Information Resources Management Programs and Services
A/RPS/IPS, SA-2
Department of State
Washington DC 20522

Dear Ms. Grafeld:

Enclosed is a FOIA request filed with your office on July 11, 2005 and an appeal filed with your office on August 1, 2005. If we do not receive the requested records by August 31, 2005 we will reluctantly commence litigation in the U. S. District Court for the requested records.

Sincerely,

Peter S. Herrick

Enclosures

# SEIZED PROPERTY RECOVERY CORPORATION
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-428-0855

August 1, 2005

TELECOPY ONLY (202-261-8579)

FREEDOM OF INFORMATION ACT APPEAL

Margaret P. Grafeld
Information & Privacy Coordinator
Office of Information Resources Management Programs and Services
A/RPS/IPS, SA-2
Department of State
Washington DC 20522

Dear Ms. Grafeld:

Enclosed is a copy of a Freedom of Information Act request I filed electronically with your office on July 11, 2005. To date I have not received an acknowledgment of this request or the requested records.

Pursuant to the Freedom of InformationAct, 5 U.S.C. §552, *et.seq.* this is an appeal of your agency's failure to acknowledge receipt of the FOIA request and of not providing the requested records. We expect the records to be provided within the time prescribed by law.

Sincerely,

Peter S. Herrick

Enclosure

FOIA LetterConfirmation                                                                 http://foia.state.gov/foiareq/finalletter.asp

Thank you. Your request has been submitted.

This is a request filed under the Freedom of Information Act.                           Return to FOIA Request Generator

Request Date: 7/11/2005
Request Reference Number: B1246                                                         Return to FOIA Home Page

The time period of my request is from 7/1/2003 to the present.

Description of request:
We request copies of DSP61s submitted by foreign governments to import military equipment and supplies into the United States for training and related activities.

- [ ] For faster processing please restrict the parameters of this FOIA request to the State
- [x] Archiving System (SAS)--over 25 million electronic records consisting of telegrams from mid-1973 to present.

I am willing to pay fees for this request up to a maximum of $500.00

In order to help to determine my status to assess fees, you should know that I am

- ( ) a representative of the news media affiliated with [            ] and this request is made as part of a news gathering effort and not for commercial use.(Additional documentation or comments will be required. See

- ( ) affiliated with an educational or noncommercial scientific institution, and this request is made for a scholarly or scientific purpose and not for commercial use.(Additional documentation will be required. See

- ( ) an individual seeking information for personal use and not for commercial use.

- (•) affiliated with a private corporation and am seeking information for use in the company's business.

Additional Comments

Thank you for your consideration of my request. Sincerely,
Peter S. Herrick, P.A. Attorney at Law.

E-mail Address:
pherrick@bellsouth.net

Street Address:
3520 Crystal View Court
Miami, Florida
33133

Telephone Number: 3058582332
Fax Number: 3058586347

Print

1 of 1                                                                                  7/11/2005 12:30 PM