# Ex 4

Case 1:05-cv-01962-RCL     Document 13-8     Filed 01/13/2006     Page 1 of 3



**United States Department of State**

*Washington, D.C. 20520*
*www.state.gov*

Case Number: 200503132

AUG 19 2005

Peter S. Herrick, Esq.
Seized Property Recovery Corporation
3520 Crystal View Court
Miami, FL 33133

Dear Mr. Herrick:

This is in response to your electronically submitted Freedom of Information Act (FOIA) request, dated July 11, 2005, your follow up letters of August 1, and 11, 2005, and as per our recent telephone conversation, for copies of documents from July 1, 2003 to the present concerning DSP61s submitted by foreign governments to import military equipment and supplies into the United States for training and related activities.

We will begin the processing of your request based upon the information provided in your communication. We will notify you as soon as responsive material has been retrieved and reviewed.

We wish to advise you that the cut-off date for retrieving records is either the date you have given the Department by specifying a particular time frame or the date the search is initiated.

**Fees:** The Freedom of Information Act requires agencies to assess fees to recover the direct costs of processing requests, unless a fee waiver has been granted.

---

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*

GRAFELD DECLARATION
Civil Action No. 1:05cv1962
Exhibit 4

-2-

Based upon the information that you have provided, we have placed you in the commercial requester category. This category requires us to assess search, review, and duplication costs (see 22 CFR 171, enclosed).

You have stated your willingness to pay the fees incurred in the processing of this request up to $500.00. We will notify you in the event that the fees exceed this amount.

We will notify you of the costs incurred in processing your request as soon as the search for and review of any responsive documents have been completed.

If you have any questions, please do not hesitate to contact us. We can provide faster service if you include the case number of your request in your communications with us.

We are pleased to be of service to you.

Sincerely,

*Intisar R. Na'im*

Intisar R. Na'im
Requester Communications Branch

Enclosure:
As stated.

Office of Information Programs and Services
U.S. Department of State SA-2
Washington, DC 20522-8100
Web site: foia.state.gov

Inquiries:
Phone: 1-202-261-8314
FAX: 1-202-261-8579
email: FOIAStatus@state.gov