Ex 5



**United States Department of State**

*Washington, D.C. 20520*

NOV 16 2005

Case No. 200503132

Peter S. Herrick, Esq.
Seized Property Recovery Corporation
3520 Crystal View Court
Miami, FL 33133

Dear Mr. Herrick:

Pursuant to your request of July 11, 2005 for the release of information under the Freedom of Information Act (Title 5 USC Section 552), and in conjunction with the subsequent correspondence with this office, we initiated a search of the Bureau of Political-Military Affairs.

A search of the records of the Bureau of Political-Military Affairs, Directorate of Defense Trade Controls, has resulted in the identification of approximately 728 DSP-61s that were submitted by foreign embassies between July 1, 2003 and July 31, 2005. DSP-61s consist of information covered by the confidentiality provision of Section 12(c) of the Export Administration Act that was incorporated into Section 38(e) of the Arms Export Control Act (22 U.S.C. Sec. 2778(e)). The confidentiality provision reads: "[I]nformation obtained for the purpose of consideration of, or concerning, license applications under this Act...shall be withheld from public disclosure unless the release of such information is determined by the secretary to be in the national interest." No such national interest determination has been made. Accordingly, the information is exempt from disclosure under subsection (b)(3) of the Freedom of Information Act (5 U.S.C. 552).

We have now completed the processing of your case. If you have any questions with respect to our handling of your request, you may write to the Office of Information Programs and Services, Room 8113, SA-2, Department of State, Washington, D.C. 20522-8113. Please be sure to refer to the case number shown above in all correspondence about this case.

GRAFELD DECLARATION
Civil Action No. 1:05cv01962
Exhibit 5

We hope that the Department has been of service to you in this matter.

Sincerely,

Margaret P. Grafeld
Director
Office of Information Programs
and Services

Enclosures:
As stated.