

**SEIZED PROPERTY RECOVERY CORPORATION**
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-428-0855

November 23, 2005

<u>TELECOPY ONLY (202-261-8579)</u>

<u>FREEDOM OF INFORMATION ACT APPEAL SUPPLEMENT (1)</u>

Margaret P. Grafeld
Information & Privacy Coordinator
Office of Information Resources Management Programs and Services
A/RPS/IPS, SA-2
Department of State
Washington DC 20522

Re:  Requested DSP-61s
     Case No. 200503132

Dear Ms. Grafeld:

Today we reread your letter of November 16, 2005 in the referenced matter. You have refused to release the 728 DSP-61s that you located pursuant to our Freedom of Information Act request. You have "allegedly" quoted from 22 U.S.C. §2778(e) as your authority for not releasing the DSP-61s.

We have studied section 2778(e) and nowhere in this section do we find your quoted material. In fact you used one phrase "shall be withheld" when in fact the closest phrase we could in this section was "shall not be withheld."

I am unaware whether you are an attorney admitted to practice law, but if you were, and you have distorted the quotation or cropped the quotation out of context, you would be subject to a reprimand by any court of law. See, e.g. <u>Precision</u>

1

GRAFELD DECLARATION
Civil Action No. 1:05cv1962
Exhibit 7

<u>Speciality Metals, Inc. v. United States and Mikki Graves Walser</u>, 315 F. 3d 1346 (Fed. Cir. 2003).

  If our reading of section 2778(e) is correct and, if this section applies to DSP-61s, then the information we have requested from these DSP-61s should be immediately released.

Sincerely,

Peter S. Herrick

NOV. 23. 2005  3:31PM        NO.9940  P. 2