# Ex 8



Kenneth L. Wainstein
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 13, 2005

Peter Herrick, Esq.
3520 Crystal View Court
Miami, Florida 33133

Re: <u>Seized Property Recovery Corporation v. Department of State</u> 05-1962 (RCL)

Dear Mr. Herrick:

    I am writing to respond to two of your letters to the Department of State dated November 23, 2005 and titled "Freedom of Information Act Appeal Supplement" and "Freedom of Information Act Appeal Supplement (I)" that relate to the above captioned case. The DSP-61 is an application form for a license that permits certain defense articles to be imported temporarily and then exported. As the Department explained in its November 16 letter to you, the Department is required to withhold these license applications pursuant to Section 38(e) of the Arms Export Control Act (22 U.S.C. 2778(e)), which incorporates the confidentiality provision of section 12(c) of the Export Administration Act (50 U.S.C. App. 2411(c)). Section 12(c) of the Export Administration Act (50 U.S.C. App. 2411(c)) contains the confidentiality provision that the Department quoted in its November 16, 2005 letter to you.

    The DSP-61s you requested contain no reasonably segregable, nonexempt information. All of the information provided by applicants on DSP-61s consists of "information obtained for the purpose of consideration of, or concerning, license applications," 50 U.S.C. App. 2411(c), and is therefore exempt from FOIA disclosure pursuant to the authorities cited above.

    Because you have initiated litigation against the Department of State, you should address any further correspondence about this case to me.

                                                Sincerely,

                                               KENNETH L. WAINSTEIN
                                               United States Attorney

                                             By:_____
                                               BENTON G. PETERSON
                                               Assistant United States Attorney

```
                                              GRAFELD DECLARATION
                                              Civil Action No. 1:05cv1962
                                              Exhibit 8
```