Ex 9

Case 1:05-cv-01962-RCL     Document 13-13     Filed 01/13/2006     Page 1 of 3



**United States Department of State**

*Washington, D.C. 20520*

January 12, 2006

Case No. 200503132

Peter S. Herrick, Esq.
Seized Property Recovery Corporation
3520 Crystal View Court
Miami, FL 33133

Dear Mr. Herrick:

This is a follow-up to our letter of November 16, 2005, in which we responded to your request of July 11, 2005 for the release of information under the Freedom of Information Act (Title 5 USC Section 552). In our November 16, 2005 letter, we identified 728 DSP-61 applications that were submitted to the Department of State's Bureau of Political-Military Affairs by foreign embassies from July 1, 2003 to July 31, 2005.

We are hereby releasing information from the 652 of those 728 DSP-61 applications that resulted in licenses. The section of the Arms Export Control Act (22 U.S.C. Sec. 2778(e)) that incorporates by reference the confidentially provisions of section 12(c) of the Export Administration Act also provides that "the names of the countries and the types and quantities of defense articles for which licenses are issued under this section shall not be withheld from public disclosure unless the President determines that the release of such information would be contrary to the national interest." Accordingly, although you requested applications submitted by foreign governments rather than licenses, we have determined that 652 of the 728 DSP-61 applications that were submitted by foreign embassies resulted in licenses, and we have compiled a list of the "names of the countries and types and quantities of defense articles" from these 652 DSP-61s. This information is enclosed as enclosure 1 and is titled "Approved."

As an accommodation to you, we have also attempted to identify the subset of the 652 DSP-61 licenses described above that relate to training activities.

GRAFELD DECLARATION
Civil Action No. 1:05cv1962
Exhibit 9

- 2 -

This is because you requested DSP-61s submitted by foreign governments relating to "training and related activities." A printout containing the releasable parts of these 48 DSP-61s (which, as noted, are a subset of the 652 DSP-61s listed on enclosure 1) is enclosed as enclosure 2 and is titled "Training."

All other information contained in the 652 DSP-61s submitted by foreign embassies that resulted in licenses, and all information contained in the 76 DSP-61s submitted by foreign embassies that have not resulted in licenses, is covered by the confidentiality provision of Section 12(c) of the Export Administration Act, which is incorporated into Section 38(e) of the Arms Export Control Act (22 U.S.C. Sec. 2778(e)). Accordingly, the information is exempt from disclosure under subsection (b)(3) of the Freedom of Information Act (5 U.S.C. 552).

We hope that the information that we have been able to provide to you will be of service to you in this matter.

Sincerely,

Margaret P. Grafeld
Director
Office of Information Programs
and Services

Enclosures:
As stated.