# Ex 10

Case 1:05-cv-01962-RCL   Document 13-14   Filed 01/13/2006   Page 1 of 9

Applications must be typed. Remove Copy 5 (APPLICANT) before mailing the application to the Office of Defense Trade Controls (PM/DTC). Do NOT detach the perforated tab at the top of the form. All items on the application form should be completed fully. If necessary, type "NONE" or "SAME AS ITEM _____ ". Do not type "N/A".

## CHECKLIST OF DOCUMENTS TO BE SUBMITTED WITH DSP-61

1. **Attachments (Addendum/Continuation Sheets):** When required, three copies to accompany application with identical precedents; nine copies for all other applications. If addendum is freight forwarder list only, submit original and one copy. If adding to information in license application, submit original and six copies. All continuation sheets should identify the country, date of preparation, PM/DTC registrant/applicant code, and total dollar value shown on the application form.

2. **Descriptive Literature:** Two sets for applications with identical precedent (e.g., spare parts shipment); seven sets for all others.

3. **Precedent Approvals:** One copy each of precedent license(s) or agreement(s) for applications with identical histories; seven copies for all others. Include any proviso letter(s).

4. **Verification of Purchase:** For transshipment, clearly indicating foreign end use, quantity and price.

5. If required by 22 CFR 130.10, a **Statement on Political Contributions, Fees and Commissions:** Signed and dated original plus one copy.

6. **DSP-83, Nontransfer and Use Certificate:** When required, original only, signed and sealed, with applicant certification on reverse.

## GENERAL INSTRUCTIONS

1. "RETURN TO APPLICANT" should be stamped on each copy of descriptive literature that the company wishes to have returned.

2. Copies of information must be collated into sets.

3. Photocopies of approved licenses may be made for recordkeeping purposes only, not for making shipments.

4. DSP-61 applications may reflect only one country of ultimate destination.

5. Customs authorities may authorize shipments of hardware when the total value of the shipment does not exceed the aggregate value on the license by more than 10%. If the value has increased by more than 10% a new license is required. Quantities may not be amended, and additions should be treated as new orders and result in a new license request.

6. For transshipments, end use must be indicated in writing before applying for licenses. Hardware applications must be accompanied by the customer's verification of purchase or other appropriate document which indicates end use, end user, price and quantity.

7. Applications for Significant Military Equipment (SME) require an original signed DSP-83 at the time of license submission. All application for SME valued at $14 million or more for end use by foreign armed forces (other than a member of the North Atlantic Treaty Organization, Australia, New Zealand or Japan) must include a statement referring to prior approval or prior notification by the U.S. State Department in Item 10 or in an attached cover letter (see 22 CFR 126.8).

8. Firearms and firearm ammunition applications must be accompanied by import verification issued by the government of the recipient country, if applicable.

## SPECIFIC GUIDELINES

**Item 2** Applicant must be currently registered with PM/DTC. Enter the complete number assigned to applicant at time of registration or renewal. See 22 CFR 122. For registration information call (202) 663-2815.

**Item 4 and 6** Enter the known or probable U.S. ports of entry and exit (22 CFR 123.24).

**Item 7** Check the appropriate block to identify the government agency familiar with the commodity and, if known, give the name and telephone number of an individual within that agency. If you check "Other" enter the name of the agency in the space provided.

**Item 8** Check appropriate block to identify applicant. The first line MUST reflect name under which company is registered. Subsequent lines may identify a specific subsidiary of the applicant company.

**Item 9** Identify an individual within your company who is familiar with this application.

**Item 10** Check the appropriate block. If the identical commodity has not been previously licensed, but a similar commodity has been licensed, check the appropriate box and type SIMILAR in front of the license number. In all cases, include precedent Technical Assistance, Manufacturing License or Warehouse and Distribution Agreement case numbers, where appropriate. Attach copies of referenced licenses or agreements and proviso letters.

**Item 11** Specify number of end items and major components to be shipped or other means of accountability (e.g. "Lot", "Set", etc.) "LOT" can be used only for minor components or parts, but an itemized list must be attached. Use a continuation sheet if necessary.

**Item 12** List each commodity, giving type, model number, catalog or part number. Use a continuation sheet if necessary.

**Item 13** Enter U.S. Munitions List category. Include specific subparagraph as appropriate. See 22 CFR 121.1.

**Item 14** Value for hardware should include the selling price for each line item without supplementary costs such as packing and freight.

**Item 15** Enter total value of items in U.S. dollars (including any items on continuation sheets).

**Item 17** Check appropriate block and type the name and address of the source or manufacture

**Item 18** Identify the entity in the foreign country that will actually be sending the commodity to the U.S.

**Item 19** Identify the U.S. intermediate consignee which will be the repair/overhaul facility, or transshipment agent, or freight forwarder.

**Item 20** Enter the name and address of the foreign intermediate consignee(s) who will receive the goods for onward movement to the foreign end-user. Continue on attachment sheet(s) if necessary. International carriers need not be included. Do not include banks or common carriers unless your Letter of Credit specifies a bill of lading "To Order of (the bank or carrier)".

**Item 21** Provide details of the shipment.

**Item 22** List the foreign consignee in the country in Block 5 who will receive the commodity. It may or may not be the ultimate end-user. Do not include banks or common carriers unless your Letter of Credit specifies a bill of lading "To Order of (the bank or carrier)".

**Item 23** Enter the name of the person signing the application. Check the appropriate statement(s). Read the statements on the reverse of the form carefully and check the appropriate items. Sign the application in ink on the signature line. This signature certifies compliance with the provisions of 22 CFR 126.13 (statement on reverse) and other requirements of 22 CFR 120-130 BE SURE TO COMPLETE THE REVERSE SIDE OF THE PAGE BY CHECKING THE APPROPRIATE BLOCK. In instances where you are empowered to sign the application but are not empowered by the applicant to certify that conditions of 22 CFR 126.13 and 130 have been met, submit a separate letter(s) from an empowered official in your company who is authorized to provide the certification.

**Item 25** Enter complete address to which license copy should be mailed. Do not enter "SAME AS ITEM 5."

GRAFELD DECLARATION
Civil Action No. 1:05cv1962
Exhibit 10

**MAILING ADDRESS:** Office of Defense Trade Controls, PM/DTC, SA-1, Suite H1304, U.S. Department of State, Washington, D.C. 20037
**DELIVERY ADDRESS:** Office of Defense Trade Controls, U.S. Department of State, Columbia Plaza, Suite H1304 Washington DC 20037.

SEAL

_____
Signature

License is hereby granted to the applicant for the described commodity to be shipped to the United States in transit to indicated destination. This license may be revoked, suspended or amended by the Secretary of State without prior notice whenever the Secretary deems such action advisable.

LICENSE NO.

LICENSE VALID FOR _____ MONTHS FROM ABOVE DATE

UNITED STATES OF AMERICA — U.S. DEPARTMENT OF STATE

# APPLICATION/LICENSE FOR TEMPORARY IMPORT OF UNCLASSIFIED DEFENSE ARTICLES

| 1. Date prepared | 2. PM/DTC Applicant/ Registrant Code | 3. Foreign country from which shipped | 4. U.S. port of import |
|---|---|---|---|
| 5. Foreign country of ultimate destination | 6. U.S. port of export | 7. Names, agency and telephone numbers of U.S. Government personnel (not PM/DTC) familiar with the commodity ☐ Army ☐ Navy ☐ Air Force ☐ Other | |
| 8. Applicant's Name, Address, ZIP Code, Tel. No. Applicant is: ☐ agent/manufacturer ☐ freight forwarder ☐ government <br><br> TELEPHONE NUMBER: | | 9. Name and telephone number of applicant contact if U.S. Government needs additional information. <br><br> 10. The IDENTICAL commodity <br> ☐ was licensed to the country in block 3 under license no. _____ <br> ☐ was licensed to other countries license no. _____ <br> ☐ was denied to the country in block 3 under voided license no. _____ <br> ☐ was never licensed for this applicant. _____ | |

| 11. QUANTITY | 12. COMMODITY (indicate overhaul/freight/modification cost if applicable and known, follow instructions carefully) | 13. USML CAT. | 14. VALUE |
|---|---|---|---|
| | | | |
| | | 15. TOTAL VALUE: | |

| 16. Name and address of owner/end-user commodity in foreign country from which shipped | 17. ☐ Source or ☐ Manufacturer of Commodity |
|---|---|
| 18. Name and address of consignor in foreign country from which shipped | 19. Name and address of U.S. intermediate consignee (overhaul/repair facility or transshipment agent) |
| 20. Name and address of foreign intermediate consignee | 21. Specific purpose for which the material is imported ☐ Overhaul/repair ☐ Modification/upgrade ☐ Transshipment to a third country |
| 22. Name and address of consignee in foreign country of ultimate destination | 23. APPLICANT'S STATEMENT (See Instructions) <br> I, _____ (Typed name), hereby apply for a license to complete the transaction described above; warrant the truth of all statements made herein; and acknowledge, understand and will comply with the provisions of Title 22 CFR 120-130, and any conditions and limitations imposed. If the commodity is firearm or ammunition of U.S. manufacture, I certify that, based on corroborative evidence, the commodity was not furnished on a grant basis to, or acquired without full payment by, a foreign government under a foreign assistance program of the U.S. as set forth in Title 27 CFR 47.57. <br><br> CHECK ALL THAT APPLY: <br> ☐ I am a responsible official empowered by the applicant to certify that the conditions of 22 CFR 126.13 and 22 CFR 130 as listed on the reverse of this form have been met in full. <br> ☐ The applicant, or another party to this export cannot meet one or more of the conditions in 22 CFR 126.13. A request for an exception to policy is attached. <br> ☐ U.S. intermediate consignor(s)/list(s) is/are attached. <br><br> Signature _____ |
| 24. Name and address of end user in foreign country of ultimate destination | |
| 25. LICENSE TO BE SENT TO: Name, address, ZIP code | |

1 – APPLICATION/LICENSE

OMB NO. 1405-0013
EXPIRATION DATE: 01-31-2002
*ESTIMATED BURDEN: 1/2 HOUR

*Public reporting burden for this collection of information is estimated to average 1/2 hour per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: U.S. Department of State (A/RPS/DIR) Washington, D.C. 20520.

DSP-61

Page 2 of 8

## APPLICANT'S STATEMENT
(See Instructions)

I am a responsible official empowered by the applicant to certify the following in compliance with 22 CFR 123.8 and 126.13:

(1) Neither the applicant, its chief executive officer, president, vice presidents, other senior officers or officials (e.g., comptroller, treasurer, general counsel) nor any member of its board of directors is:

  (a) the subject of an indictment for or has been convicted of violating any of the U.S. criminal statutes enumerated in 22 CFR 120.27 since the effective date of the Arms Export Control Act, Public Law 94-329, 90 Stat. 729 (June 30, 1976); or

  (b) ineligible to contract with, or to receive a license or other approval to import defense articles or defense services from, or to receive an export license or other approval from any agency of the U.S. Government;

(2) To the best of the applicant's knowledge, no party to the export as defined in Section 126.7 (e) has been convicted of violating any of the U.S. criminal statutes enumerated in 22 CFR 120.24 since the effective date of the Arms Export Control Act, Public Law 94-329, 90 Stat. 729 (June 30, 1976), or is ineligible to contract with, or to receive a license or other approval to import defense articles or defense services from, or to receive an export license or other approval from any agency of the U.S. Government; and

(3) The natural person signing the application or other request for approval, or notification is (check one only) -

  ☐ a citizen of the U.S., OR
  ☐ has been lawfully admitted to the U.S. for permanent residence (and maintains such residence) under the Immigration and Nationality Act, as amended, (8 U.S.C. 1101(a), 101(a)20, 60 Stat. 163) OR
  ☐ is an official of a foreign government entity in the U.S.

**The following is certified in compliance with 22 CFR 130:**
*(CHECK APPROPRIATE BOX)*

  ☐ Neither the applicant nor its vendors have paid, or offered or agreed to pay, in respect of any sale for which a license or approval is requested, political contributions, fees or commissions in amounts as specified in 22 CFR 130.9(a).

  ☐ The applicant or its vendors have paid, or offered or agreed to pay, in respect of any sale for which a license or approval is requested, political contributions, fees or commissions in amounts as specified in 22 CFR 130.9(a). Information required under 22 CFR 130.10 is attached.

## CONDITIONS OF ISSUANCE

1. This license is issued under the conditions cited in 22 CFR 120 - 130, including the provisos as applicable, that:

   A. It shall not be construed as implying U.S. Government approval or commitment to authorize future exports of any article (equipment or technical data) on the Munitions List or any U.S. Government commitment with regard to any proposed manufacturing licence or technical assistance agreements which may result form an authorized export.

   B. If a license is issued for technical data only, it does not authorize the export of any hardware; if a license is issued for hardware only, it does not authorize the export of any technical data, unless specifically covered by an exemption.

   C. The application's commitments to the U.S. Government are being met.

2. The issuance of this license does not release the licensee front complying with other requirements of U.S. law and regulations.

3. The prior written approval of the U.S Department of State must be obtained before U.S. Munitions List articles exported from the U.S. under license or other approval may be resold, diverted, transferred, transshipped, reshipped, reexported to, or used in any country, or by any end-user, other than that described on the license or other approval as the country of ultimate destination or the ultimate end-user.

## RETURN OF LICENSE

This license must be returned to the Office of Defense Trade Controls, PM/DTC, Room 200, SA-6, U.S. Department of State, Washington, DC 20520-0602 when: (1) the total value authorized has been shipped; (2) the applicant states that there will be no further shipments; (3) the date of expiration is reached; or (4) when requested by the Office of Defense Trade controls.

## ENDORSEMENT

Indicate below which *ITEM* on the face of the license is *BEING EXPORTED* and maintain a *CONTINUING BALANCE* of the remaining value:

| SHIPMENT DATE | QUANTITY | COMMODITY | SHIPMENT VALUE | SED NO. | INITIALS | PORT OF EXIT/ENTRY |
|---|---|---|---|---|---|---|
| | | TOTAL AUTHORIZED VALUE: | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | REMAINING BALANCE: | | | | |

**NOTE:** Continuation of additional shipments must be authenticated by use of continuation sheets in the U.S. Customs handbook.

DSP-61                                                                                                                     Page 3 of 8

# APPLICATION/LICENSE FOR TEMPORARY EXPORT OF UNCLASSIFIED DEFENSE ARTICLES

COMMENTS REQUESTED BY:    FROM:

- [ ] DTSA/LD
- [ ] DTSA/TD
- [ ] ARMY
- [ ] NAVY
- [ ] AIR FORCE
- [ ] DOD/NSA
- [ ] PM/DRSA
- [ ] EAP/RA
- [ ] EUR/RPM
- [ ] NEA/RA
- [ ] AF/RA
- [ ] ARA/RPP
- [ ] SA/RA
- [ ] OES/SAT
- [ ] PM/DTP
- [ ] PM/PRO
- [ ] HA
- [ ] L/PM
- [ ] ACDA
- [ ] NASA
- [ ] ENERGY
- [ ] COMMERCE
- [ ] DOT/USCG
- [ ]

| CASE NO. | RECEIVED PM/DTC | DATE STAFFED |
|---|---|---|
| | | |

REPLY HERE AND RETURN TO: OFFICE OF DEFENSE TRADE CONTROLS, U.S. DEPARTMENT OF STATE, WASHINGTON, D.C. 20520

- [ ] approve w/o provisos    Typed name/initials:    Comments:
- [ ] approve w/provisos
- [ ] deny

1. Date prepared
2. PM/DTC Applicant/Registrant Code
3. Foreign country from which shipped
4. U.S. port of import
5. Foreign country of ultimate destination
6. U.S. port of export
7. Names, agency and telephone numbers of U.S. Government personnel (not PM/DTC) familiar with the commodity
   - [ ] Army    [ ] Navy    [ ] Air Force    [ ] Other
8. Applicant's Name, Address, ZIP Code, Tel. No.
   Applicant is: [ ] agent/manufacturer   [ ] freight forwarder   [ ] government
   TELEPHONE NUMBER:
9. Name and telephone number of applicant contact if U.S. Government needs additional information.
10. The IDENTICAL commodity
    - [ ] was licensed to the country in block 3 under license no. _____
    - [ ] was licensed to other counties license no. _____
    - [ ] was denied to the country in block 3 under voided license no. _____
    - [ ] was never licensed for this applicant. _____

| 11. QUANTITY | 12. COMMODITY (indicate overhaul/freight/modification cost if applicable and known, follow instructions carefully) | 13. USML CAT. | 14. VALUE |
|---|---|---|---|
| | | | |
| | | 15. TOTAL VALUE: | |

16. Name and address of owner/end-user commodity in foreign country from which shipped
17. [ ] Source or [ ] Manufacturer of Commodity
18. Name and address of consignor in foreign country from which shipped
19. Name and address of U.S. intermediate consignee (overhaul/repair facility or transshipment agent)
20. Name and address of foreign intermediate consignee
21. Specific purpose for which the material is imported
    - [ ] Overhaul/repair   [ ] Modification/upgrade   [ ] Transshipment to a third country
22. Name and address of consignee in foreign country of ultimate destination
23. APPLICANT'S STATEMENT (See Instructions)
    I, _____ (Typed name) , hereby apply for a license to complete the transaction described above; warrant the truth of all statements made herein; and acknowledge, understand and will comply with the provisions of Title 22 CFR 120-130, and any conditions and limitations imposed. If the commodity is firearm or ammunition of U.S. manufacture. I certify that, based on corroborative evidence, the commodity was not furnished on a grant basis to, or acquired without full payment by, a foreign government under a foreign assistance program of the U.S. as set forth in Title 27 CFR 47.57.
24. Name and address of end user in foreign country of ultimate destination

    CHECK ALL THAT APPLY:
    - [ ] I am a responsible official empowered by the applicant to certify that the conditions of 22 CFR 126.13 and 22 CFR 130 as listed on the reverse of this form have been met in full.
    - [ ] The applicant, or another party to this export cannot meet one or more of the conditions in 22 CFR 126.13. A request for an exception to policy is attached.
    - [ ] U.S. intermediate consignor(s) list(s) is/are attached.

25. LICENSE TO BE SENT TO: Name, address, ZIP code

    Signature _____

2 — REFERRAL

OMB NO. 1405-0013
EXPIRATION DATE: 01-31-2002
ESTIMATED BURDEN: 1/2 HOUR

DSP-61            Page 4 of 8

SEAL

_____
Signature

License is hereby granted to the applicant for the described commodity to be the United States in transit to indicated destination. This license may be revoked, suspended or amended by the Secretary of State without prior notice whenever the Secretary deems such action advisable.

LICENSE NO.    RECEIVED/PM/DTC.    LICENSE VALID FOR 48 MONTHS FROM ABOVE DATE

UNITED STATES OF AMERICA    U.S. DEPARTMENT OF STATE

## APPLICATION/LICENSE FOR TEMPORARY IMPORT OF UNCLASSIFIED DEFENSE ARTICLES

1. Date prepared
2. PM/DTC Applicant/Registrant Code
3. Foreign country from which shipped
4. U.S. port of import
5. Foreign country of ultimate destination
6. U.S. port of export
7. Names, agency and telephone numbers of U.S. Government personnel (not PM/DTC) familiar with the commodity
   ☐ Army  ☐ Navy  ☐ Air Force  ☐ Other
8. Applicant's Name, Address, ZIP Code, Tel. No.
   Applicant is: ☐ agent/manufacturer  ☐ freight forwarder  ☐ government
9. Name and telephone number of applicant contact if U.S. Government needs additional information.
10. The IDENTICAL commodity
    ☐ was licensed to the country in block 3 under license no. _____;
    ☐ was licensed to other counties license no. _____;
    ☐ was denied to the country in block 3 under voided license no. _____;
    ☐ was never licensed for this applicant. _____

TELEPHONE NUMBER:

11. QUANTITY
12. COMMODITY (indicate overhaul/freight/modification cost if applicable and known, follow instructions carefully)
13. USML CAT.
14. VALUE

15. TOTAL VALUE:

16. Name and address of owner/end-user commodity in foreign country from which shipped
17. ☐ Source or  ☐ Manufacturer of Commodity
18. Name and address of consignor in foreign country from which shipped
19. Name and address of U.S. intermediate consignee (overhaul/repair facility or transshipment agent)
20. Name and address of foreign intermediate consignee
21. Specific purpose for which the material is imported
    ☐ Overhaul/repair  ☐ Modification/upgrade  ☐ Transshipment to a third country
22. Name and address of consignee in foreign country of ultimate destination
23. APPLICANT'S STATEMENT (See Instructions)
    I, _____ (Typed name), hereby apply for a license to complete the transaction described above; warrant the truth of all statements made herein; and acknowledge, understand and will comply with the provisions of Title 22 CFR 120-130, and any conditions and limitations imposed. If the commodity is firearm or ammunition of U.S. manufacture. I certify that, based on corroborative evidence, the commodity was not furnished on a grant basis to, or acquired without full payment by, a foreign government under a foreign assistance program of the U.S. as set forth in Title 27 CFR 47.57.
    CHECK ALL THAT APPLY:
    ☐ I am a responsible official empowered by the applicant to certify that the conditions of 22 CFR 126.13 and 22 CFR 130 as listed on the reverse of this form have been met in full.
    ☐ The applicant, or another party to this export cannot meet one or more of the conditions in 22 CFR 126.13. A request for an exception to policy is attached.
    ☐ U.S. intermediate consignor(s)list(s) is/are attached.
24. Name and address of end user in foreign country of ultimate destination
25. LICENSE TO BE SENT TO: Name, address, ZIP code

Signature _____

3 – STATISTICS

OMB NO. 1405-0013
EXPIRATION DATE: 01-31-2002
ESTIMATED BURDEN: 1/2 HOUR

DSP-61    Page 5 of 8

(U.S. DEPARTMENT OF STATE ONLY)

SEAL

_____
*Signature*

License is hereby granted to the applicant for the described commodity to be shipped to the United States in transit to indicated destination. This license may be revoked, suspended or amended by the Secretary of State without prior notice whenever the Secretary deems such action advisable.

LICENSE NO.    RECEIVED/PM/DTC.    LICENSE VALID FOR 48 MONTHS FROM ABOVE DATE

UNITED STATES OF AMERICA    U.S. DEPARTMENT OF STATE

## APPLICATION/LICENSE FOR TEMPORARY IMPORT OF UNCLASSIFIED DEFENSE ARTICLES

| 1. Date prepared | 2. PM/DTC Applicant/Registrant Code | 3. Foreign country from which shipped | 4. U.S. port of import |
|---|---|---|---|

| 5. Foreign country of ultimate destination | 6. U.S. port of export | 7. Names, agency and telephone numbers of U.S. Government personnel (not PM/DTC) familiar with the commodity ☐ Army  ☐ Navy  ☐ Air Force  ☐ Other |
|---|---|---|

8. Applicant's Name, Address, ZIP Code, Tel. No.
Applicant is: ☐ agent/manufacturer  ☐ freight forwarder  ☐ government

9. Name and telephone number of applicant contact if U.S. Government needs additional information.

10. The IDENTICAL commodity
☐ was licensed to the country in block 3 under license no. _____
☐ was licensed to other counties license no. _____
☐ was denied to the country in block 3 under voided license no. _____
☐ was never licensed for this applicant.

TELEPHONE NUMBER:

| 11. QUANTITY | 12. COMMODITY (indicate overhaul/freight/modification cost if applicable and known, follow instructions carefully) | 13. USML CAT. | 14. VALUE |
|---|---|---|---|
| | | | |
| | | 15. TOTAL VALUE: | |

| 16. Name and address of owner/end-user commodity in foreign country from which shipped | 17. ☐ Source or  ☐ Manufacturer of Commodity |
|---|---|

| 18. Name and address of consignor in foreign country from which shipped | 19. Name and address of U.S. intermediate consignee (overhaul/repair facility or transshipment agent) |
|---|---|

| 20. Name and address of foreign intermediate consignee | 21. Specific purpose for which the material is imported ☐ Overhaul/repair  ☐ Modification/upgrade  ☐ Transshipment to a third country |
|---|---|

22. Name and address of consignee in foreign country of ultimate destination

23. APPLICANT'S STATEMENT (See Instructions)
I, _____, hereby apply for a license to complete
       (Typed name)
the transaction described above; warrant the truth of all statements made herein; and acknowledge, understand and will comply with the provisions of Title 22 CFR 120-130, and any conditions and limitations imposed. If the commodity is firearm or ammunition of U.S. manufacture, I certify that, based on corroborative evidence, the commodity was not furnished on a grant basis to, or acquired without full payment by, a foreign government under a foreign assistance program of the U.S. as set forth in Title 27 CFR 47.57.

24. Name and address of end user in foreign country of ultimate destination

CHECK ALL THAT APPLY:
☐ I am a responsible official empowered by the applicant to certify that the conditions of 22 CFR 126.13 and 22 CFR 130 as listed on the reverse of this form have been met in full.
☐ The applicant, or another party to this export cannot meet one or more of the conditions in 22 CFR 126.13. A request for an exception to policy is attached.
☐ U.S. intermediate consignor(s)/list(s) is/are attached.

25. LICENSE TO BE SENT TO: Name, address, ZIP code

Signature _____

4 – PM/DTC FILE

OMB NO. 1405-0013
EXPIRATION DATE: 01-31-2002
*ESTIMATED BURDEN: 1/2 HOUR

DSP-61    Page 6 of 8

**PROCESSING RECORD**
**STAFFING**

| REQUESTED BY: | | | | | DATE: | DATE STAFFED: |
|---|---|---|---|---|---|---|
| AGENCY | REPLY DATE | NO OBJ. | NO OBJ. W/PROV. | OBJ. | | |
| DTRA/STLM | | | | | | |
| PM/RSAT | | | | | | |
| PM/PPA | | | | | | |
| EAP/RSP | | | | | | |
| EUR/RPM | | | | | | |
| EUR/PRA | | | | | | |
| NEA/RRP | | | | | | |
| AF/RA | | | | | | |
| WHA/PPCP | | | | | | |
| SA/RA | | | | | | |
| OES/SAT | | | | | | |
| NP/CBM | | | | | | |
| NP/ECNP | | | | | | |
| DRL/MLA | | | | | | |
| L/PM | | | | | | |
| NASA | | | | | | |
| ENERGY | | | | | | |
| COMMERCE | | | | | | |
| DOT/USCG | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FINAL ACTION**

| | DATE | INITIALS | APPROVE | APPROVE W/PROV. | STAMP NO | AUDIT | DIS-APPROVE | RETURN W/O ACTION |
|---|---|---|---|---|---|---|---|---|
| RELEASED FOR FINAL REVIEW | | | | | | | | |
| FINAL ACTION RECOMMENDED | | | | | | | | |
| FINAL ACTION AUTHORIZED | | | | | | | | |
| ATTACHMENTS | AMENDMENTS: | | | | | | | |

NOTES:

DSP-61                                                           Page 7 of 8

THIS IS NOT A LICENSE

UNITED STATES OF AMERICA    U.S. DEPARTMENT OF STATE

## APPLICATION/LICENSE FOR TEMPORARY IMPORT OF UNCLASSIFIED DEFENSE ARTICLES

| 1. Date prepared | 2. PM/DTC Applicant/ Registrant Code | 3. Foreign country from which shipped | 4. U.S. port of import |
|---|---|---|---|
| 5. Foreign country of ultimate destination | 6. U.S. port of export | 7. Names, agency and telephone numbers of U.S. Government personnel (not PM/DTC) familiar with the commodity ☐ Army ☐ Navy ☐ Air Force ☐ Other | |

8. Applicant's Name, Address, ZIP Code, Tel. No.
Applicant is: ☐ agent/manufacturer ☐ freight forwarder ☐ government

9. Name and telephone number of applicant contact if U.S. Government needs additional information.

TELEPHONE NUMBER:

10. The IDENTICAL commodity
☐ was licensed to the country in block 3 under license no. _____
☐ was licensed to other counties license no. _____
☐ was denied to the country in block 3 under voided license no. _____
☐ was never licensed for this applicant. _____

| 11. QUANTITY | 12. COMMODITY (indicate overhaul/freight/modification cost if applicable and known, follow instructions carefully) | 13. USML CAT. | 14. VALUE |
|---|---|---|---|
| | | | |
| | | 15. TOTAL VALUE: | |

16. Name and address of owner/end-user commodity in foreign country from which shipped

17. ☐ Source or ☐ Manufacturer of Commodity

18. Name and address of consignor in foreign country from which shipped

19. Name and address of U.S. intermediate consignee (overhaul/repair facility or transshipment agent)

20. Name and address of foreign intermediate consignee

21. Specific purpose for which the material is imported
☐ Overhaul/repair ☐ Modification/upgrade ☐ Transshipment to a third country

22. Name and address of consignee in foreign country of ultimate destination

23. APPLICANT'S STATEMENT (See Instructions)
I, _____ , hereby apply for a license to complete
(Typed name)
the transaction described above; warrant the truth of all statements made herein; and acknowledge, understand and will comply with the provisions of Title 22 CFR 120-130, and any conditions and limitations imposed. If the commodity is firearm or ammunition of U.S. manufacture, I certify that, based on corroborative evidence, the commodity was not furnished on a grant basis to, or acquired without full payment by, a foreign government under a foreign assistance program of the U.S. as set forth in Title 27 CFR 47.57.

24. Name and address of end user in foreign country of ultimate destination

CHECK ALL THAT APPLY:
☐ I am a responsible official empowered by the applicant to certify that the conditions of 22 CFR 126.13 and 22 CFR 130 as listed on the reverse of this form have been met in full.
☐ The applicant, or another party to this export cannot meet one or more of the conditions in 22 CFR 126.13. A request for an exception to policy is attached.
☐ U.S. intermediate consignor(s) list(s) is/are attached.

25. LICENSE TO BE SENT TO: Name, address, ZIP code

Signature _____

OMB NO. 1405-0013
EXPIRATION DATE: 01-31-2002
*ESTIMATED BURDEN: 1/2 HOUR

5 – APPLICANT

DSP-61    Page 8 of 8