UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1962 (RCL) |
| ) | |
| DEPARTMENT OF STATE, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1), all parties to this action hereby stipulate to a dismissal of the action with prejudice. Each party will bear its own fees and costs.

Respectfully submitted,

_____/s/_____
Peter S. Herrick , Esq.
3520 Crystal View Court
Miami, FL 33133-4025
(305) 858-2332
Fax: (305) 858-6347
Email: pherrick@bellsouth.net

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____/s/_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238;(202) 514-8780 (Facsimile)
**Benton.Peterson@usdoj.gov**

Case 1:05-cv-01962-RCL     Document 14     Filed 02/09/2006     Page 2 of 2